In the Matter of ROBERT KEENAN et al., Appellants, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

(Argued May 19, 1936; decided June 2, 1936.)

*Albert De Roode* for appellants.

*Paul Windels, Corporation Counsel* (*Edmund L. Palmieri* and *Paxton Blair* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.